AO ___   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

_____Eastern_____ District of _____Arkansas_____

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) based on USSG 821 |
| V. | |
| Turner, Kenneth | Case Number: 4:19-cr-00119-01-JM |
| | USM Number: 32516-009 |
| **Date of Original Judgment:** 08/19/21 (Or Date of Last Amended Judgment) | Will Shelton Defendant's Attorney at Sentencing |

Upon motion of ☐ the defendant   ☐ the Director of the Bureau of Prisons   X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.
   X GRANTED and the defendant's previously imposed sentence of imprisonment of __62__ months is reduced to __50 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to Departure/Variance/Rule 35): __25__      Amended Offense Level: __23__
Criminal History Category: __I__      Criminal History Category: __I__
Previous Guideline Range: __57__ to __71__ months    Amended Guideline Range: __46__ to __57__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

### III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated __08/19/21__ shall remain in effect.

**IT IS SO ORDERED.**

__11/16/2023__                                   _(signature)_
Order Date                                        Signature of Judge

__February 1, 2024__                              U.S. District Judge James M. Moody, Jr.
Effective Date (if delayed)                       Name and Title of Judge